LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LUIS ALVAREZ-PAZ,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-CV-00833-SMS<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). Such remand is warranted because the administrative record mistakenly contained a report concerning a claimant other than Plaintiff, on which report the Administrative Law Judge (ALJ) relied, in part, in making his decision.

On remand, the ALJ will remove the misplaced report and will thereafter reconsider the record evidence without such report.

In addition, Defendant agrees to file with the Court and serve on Plaintiff, every 90 days from the date remand is ordered, a Status Report regarding the disposition of the matter on remand.

                                      Respectfully submitted,

Dated: June 22, 2009                 */s/ James A. Yoro*
                                        (As authorized via e-mail)
                                        JAMES A. YORO
                                        Attorney for Plaintiff

Dated: June 22, 2009                 LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        */s/ Brenda M. Pullin*
                                        BRENDA M. PULLIN
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 23, 2009**                       **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE