1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9
10
11                         UNITED STATES DISTRICT COURT
12                        EASTERN DISTRICT OF CALIFORNIA
13                               **FRESNO DIVISION**
14
15 LUIS ALVAREZ-PAZ,              )
                                  )   CIVIL NO. 1:09-CV-00833-SMS
16          Plaintiff,             )
                                  )
17          v.                     )   STIPULATION AND ORDER FOR ENTRY
                                  )   OF JUDGMENT
18 MICHAEL J. ASTRUE,             )
   Commissioner of                )
19 Social Security,               )
                                  )
20          Defendant.             )
   _____)
21
22
23      By Order entered on June 23, 2009, upon stipulation of the parties, the Court remanded the above

24 captioned case before answer under sentence six of 42 U.S.C. § 405(g).  On remand, Plaintiff received a

25 fully favorable decision.  (See attached Notice of Decision - Fully Favorable.)

26 //

27 //

28 //

WHEREFORE the parties to this action, through their respective undersigned attorneys, with the approval of the Court, hereby stipulate that the Court shall direct the Clerk to enter judgment in favor of Plaintiff, thereby affirming the Commissioner's award of benefits.

                                        Respectfully submitted,

Dated: January 27, 2011            */s/ James A. Yoro*
                                        (As authorized via e-mail)
                                        JAMES A. YORO
                                        Attorney for Plaintiff

Dated: January 27, 2011            BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Brenda M. Pullin*
                                        BRENDA M. PULLIN
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 31, 2011**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE